IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 14 2006

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 01-cv-00280-LTB-PAC

Reyes Torres,
    Petitioner,

vs.

Colorado Attorney General, et al.,
    Respondent(s).

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this _13th_ day of _April_, _2006_.

BY THE COURT:

_____
Lewis T. Babcock, Chief Judge

Re: 01-cv-00280-LTB-PAC

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Chief Judge, Lewis T. Babcock, was mailed to the following on 4/14/06.

Denver District Court
City and County Building
1437 Bannock Street
Denver, Colorado 80202

By: _____
Deputy Clerk